BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX,
Social Security Administration

ARMAND D. ROTH
Special Assistant United States Attorney
California Bar No.  214624

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8924
    Facsimile:  (415) 744-0134
    E-Mail:Armand.Roth@ssa.gov

Attorneys for Defendant Commissioner of Social Security

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| DAWN M. AUSTIN, ) | |
| ) | CIVIL NO. 11-cv-01591-SMS |
|     Plaintiff, ) | |
| ) | |
|         v.    ) | STIPULATION AND ORDER ALLOWING |
| ) | LATE FILING OF THE ADMINISTRATIVE |
| MICHAEL J. ASTRUE[1], ) | RECORD |
| Commissioner of ) | |
| Social Security, ) | |
| ) | |
|     Defendant. ) | |

---

[1] Michael J. Astrue is the Commissioner of Social Security and the defendant in this suit.

IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that Defendant may file the administrative record late, up to **February 3, 2012**. This extension is requested because the paralegal in charge of filing the record at the United States Attorney's Office was absent due to illness, and Defendant's counsel was out of the office and unable to file for an extension earlier.

Respectfully submitted on January 26, 2012,

/s/ YOUNG CHUL CHO *
YOUNG CHUL CHO
Plaintiff's Attorney
* by Armand Roth by email authorization of 1/25/2012

BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX,
Social Security Administration
/s/ ARMAND D. ROTH
ARMAND D. ROTH)
Special Assistant U.S. Attorney

Attorneys for Defendant

********

**ORDER**

PURSUANT TO THE STIPULATION,

IT IS SO ORDERED.

Dated:   January 30, 2012                  /s/ Sandra M. Snyder
                                           UNITED STATES MAGISTRATE JUDGE