Young Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Dawn M. Austin

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| DAWN M. AUSTIN,<br><br>       Plaintiff,<br><br>   vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>       Defendant. | Case No.: 1:11-cv-01591-SMS<br><br>**STIPULATION AND ORDER FOR DISMISSAL**<br>(Doc. 15)<br><br>**ORDER DIRECTING CLERK TO ADMINISTRATIVELY CLOSE CASE** |

TO THE HONORABLE SANDRA M. SNYDER, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between Dawn M. Austin ("Plaintiff") and Michael J. Astrue as the Commissioner of Social Security ("Defendant"), that this matter be dismissed with prejudice, each party to bear its own fees, costs, and expenses.  The parties enter into this stipulation pursuant to

the terms of F.R.Civ.P. Rule 41(a)(1)(A)(ii) and 41(a)(1)(B), requiring no separate order of the Court.

DATE: April 5, 2012　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　LAW OFFICES OF LAWRENCE D. ROHLFING

　　　　　　　　　　　　　　　　　　/s/ *Young Cho*
　　　　　　　　　　　　BY:_____
　　　　　　　　　　　　　　　Young Cho
　　　　　　　　　　　　　　　Attorney for plaintiff Dawn M. Austin

DATE: April 5, 2012　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　/s/ *Armand D. Roth*
　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　Armand D. Roth
　　　　　　　　　　　　　　　Special Assistant United States Attorney
　　　　　　　　　　　　　　　Attorneys for Defendant Michael J. Astrue,
　　　　　　　　　　　　　　　Commissioner of Social Security
　　　　　　　　　　　　　　　(Per e-mail authorization)

## ORDER

　　Approved and:

IT IS SO ORDERED.

　　Dated:   **April 10, 2012**　　　　　　　　**/s/ Sandra M. Snyder**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE